# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS MARY LAHEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWRENCE GENERAL HOSPITAL, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 20-10695-FDS |

## ORDER

**SAYLOR, C.J.**

For the reasons stated below, the Court will order that this action be dismissed without prejudice.

*Pro se* litigant Phyllis Mary Lahey filed a civil complaint alleging employment discrimination. She also filed a motion for leave to proceed *in forma pauperis*.

In an August 6, 2020 order (Docket No. 6), the Court denied Lahey's motion for leave to proceed *in forma pauperis* and directed her to pay the $400 filing fee or show good cause why she was unable to do so. The Court stated that failure to comply with the order within twenty-one days could result in dismissal of the action.

The time period for complying with the Court's August 6, 2020 order has passed without any response from Lahey. Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

**So Ordered.**

                                                */s/ F. Dennis Saylor IV*
                                                F. Dennis Saylor IV

Dated: November 6, 2020                           Chief Judge, United States District Court